UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

MAC MYUNGHO LEE, in individual and representative capacity as trustee of the Lee Family Trust;
JEONG LEE, in individual and representative capacity as trustee of the Lee Family Trust;
KEVIN MARK SANCK; and Does 1-10,

    Defendants.

) Case No.: 5:19-CV-06171-BLF
)
) **ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: September 17, 2020

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge

Notice of Settlement      -1-      5:19-CV-06171-BLF